**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KHAI TRAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-3383-J** |
| | ) | |
| **FRED FIGUEROA, Warden of Diamondback Detention Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER TO CURE DEFICIENCY**

The Court has received Petitioner's Petition for Writ of Habeas Corpus. Doc. 1. However, Petitioner has not paid the required $5.00 filing fee or, alternatively, filed a motion to proceed in forma pauperis. Petitioner must cure this deficiency **not later than December 16, 2026**. Failure to do so may result in dismissal of this action. *See* LCvR3.2. The Clerk of the Court is **DIRECTED** to send to Petitioner any form necessary for compliance with this Order.

**IT IS SO ORDERED** this 25th day of November, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE